# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC

Plaintiff,

-v-

FACTORY MUTUAL INSURANCE COMPANY

Defendant.

Case No. 1:20-cv-3380

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thor Equities, LLC, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Thor Equities, LLC, has no corporate parents, affiliates and/or subsidiaries that are publicly held.

**Date:** 4/30/2020

**Signature of Attorney**

**Attorney Bar Code:** RC0815