```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/17/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THOR EQUITIES, LLC,

                     Plaintiff,

-against-

FACTORY MUTUAL INSURANCE
COMPANY,

                     Defendant.

20 Civ. 3380 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' pre-motion letters at ECF Nos. 26, 27, it is hereby ORDERED that:

1. By **August 10, 2020**, Plaintiff shall file its motion for judgment on the pleadings;
2. By **August 31, 2020**, Defendants shall file their opposition; and
3. By **September 7, 2020**, Plaintiff shall file its reply, if any.

SO ORDERED.

Dated: July 17, 2020
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge