MORGAN, LEWIS & BOCKIUS LLP
Nicholas Schretzman, Bar No. 4753067
nicholas.schretzman@morganlewis.com
101 Park Ave.
New York, NY 10178-0060
Tel:    +1.212.309.6000
Fax:    +1.212.309.6001

Attorneys for *Amicus Curiae*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- :
                                                        :
THOR EQUITIES, LLC,                                     :
                                                        :
                   Plaintiff,                           :
                                                        :    Civil Action No.: 20 Civ. 03380 (AT)
         v.                                             :
                                                        :    **[PROPOSED] ORDER GRANTING**
FACTORY MUTUAL INSURANCE                                :    **ITT's MOTION FOR LEAVE TO**
COMPANY,                                                :    **FILE *AMICUS CURIAE* BRIEF**
                                                        :
                   Defendant.                           :
                                                        :
------------------------------------------------------

     ITT Inc. has moved to appear and file a brief as *amicus curiae*.  Having reviewed the

proposed brief and considering the motion, this court GRANTS the motion and the proposed

amicus curiae brief is deemed filed.

     IT IS SO ORDERED.

Dated: _____, 2020          _____
                                            The Honorable Analisa Torres