USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC,

Plaintiff,

-against-

FACTORY MUTUAL INSURANCE COMPANY,

Defendant.

20 Civ. 3380 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to terminate the motion at ECF No. 29. *See* ECF No. 31.

SO ORDERED.

Dated: March 31, 2021
New York, New York

ANALISA TORRES
United States District Judge