UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC,

                Plaintiff,

-against-

FACTORY MUTUAL INSURANCE COMPANY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2021
```

20 Civ. 3380 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for July 26, 2021, is ADJOURNED to **September 1, 2021**, at **10:00 a.m**. The parties shall submit their joint letter by **August 25, 2021**.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

                                      ANALISA TORRES
                                United States District Judge