UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOR EQUITIES, LLC                                           :

                                                                  :      <ins>ORDER</ins>
                 Plaintiff,                                            20 Civ. 3380 (AT) (GWG)

   -v.-

FACTORY MUTUAL INSURANCE COMPANY            :

                Defendant.                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The motions to file certain confidential information under seal relating to discovery disputes, Docket ## 70, 74, 79, 84 are granted.

      SO ORDERED.

Dated: July 27, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge