```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _9/27/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC,

                Plaintiff,

-against-

FACTORY MUTUAL INSURANCE COMPANY,

                Defendant.

20 Civ. 3380 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for March 14, 2022, is ADJOURNED to **April 11, 2022**, at **10:00 a.m.** By **April 4, 2022**, the parties shall submit their joint status letter.

SO ORDERED.

Dated: September 27, 2021
       New York, New York

                              ANALISA TORRES
                            United States District Judge