UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC,

                              Plaintiff,

            -against-

FACTORY MUTUAL INSURANCE
COMPANY,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/4/2022__

20 Civ. 3380 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for April 11, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated:  January 4, 2022
        New York, New York

_____
ANALISA TORRES
United States District Judge