```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/6/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOR EQUITIES, LLC,

                    Plaintiff,

-against-

FACTORY MUTUAL INSURANCE COMPANY,

                    Defendant.

20 Civ. 3380 (AT) (GWG)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 23 and 30, 2022. ECF Nos. 145–48. Accordingly:

1. Defendant's request for a premotion conference is DENIED;

2. Defendant's request for leave to file a motion for summary judgment is GRANTED;

3. Plaintiff's request for leave to file a motion for partial summary judgment is GRANTED;

4. By **November 10, 2022**, the parties shall file their motions;

5. By **December 1, 2022**, the parties shall file their oppositions; and

6. By **December 15, 2022**, the parties shall file their replies, if any.

    SO ORDERED.

Dated: October 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge