**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOR EQUITIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FACTORY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | Civ. No.: 20 Civ. 03380 (AT)(GWG)<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT** |

**PLEASE TAKE NOTICE** that Plaintiff Thor Equities, LLC ("Thor") in the above-captioned action hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Memorandum Opinion [ECF No. 175] entered on November 16, 2023 and Order [ECF. No. 174], entered on September 29, 2023: (i) denying Plaintiff's motion for partial summary judgment [ECF No. 150], (ii) granting the motion for summary judgment of Defendant Factory Mutual Insurance Company ("FM") [ECF No. 152], (iii) and entering judgment in favor of FM on all claims.

[SIGNATURE PAGE TO FOLLOW]

Dated: New York, New York
December 15, 2023

**COHEN ZIFFER FRENCHMAN & MCKENNA LLP**

/s/ Robin L. Cohen

Robin L. Cohen
Kenneth Frenchman
Alexander M. Sugzda
Cynthia M. Jordano
COHEN ZIFFER FRENCHMAN & MCKENNA LLP
1325 Avenue of the Americas, 31st Floor
New York, New York 10019
Tel: (212) 584-1890
rcohen@cohenziffer.com
kfrenchman@cohenziffer.com
asugzda@cohenziffer.com
cjordano@cohenziffer.com

*Attorneys for Plaintiff Thor Equities, LLC*